Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

Howard J. Steele,
Plaintiff

    v.

Commissioner of Social Security,
Defendant

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 21-CV-6437

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the judgment is granted in favor of the Commissioner against Plaintiff, and the case is closed.

Date: April 23, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Dawn K.
    Deputy Clerk